IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY HAMMOND MURPHY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**VOSGES, LTD,** )<br>)<br>**Defendant.** ) | Case No. 1:22-cv-66-SPB-RAL |

### ORDER OF DEFAULT JUDGMENT

Now, this 29th day of November, 2022, pursuant to Rules 55 and 58 of the Federal Rules of Civil Procedure,

DEFAULT JUDGMENT is hereby entered in favor of Plaintiff Anthony Hammond Murphy and against Defendant VOSGES, LTD, in accordance with the terms of this Court's Memorandum Order entered this same date, the terms of which are hereby incorporated by reference. The Court shall retain jurisdiction over the instant civil action for purposes of enforcing the default judgment entered against Defendant VOSGES, LTD, as future circumstances may warrant.

*Susan Paradise Baxter*

SUSAN PARADISE BAXTER
United States District Judge